ATTACHMENT 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | DOCKET NUMBER: 11-CR-20699-12 |
| Kenneth JENKINS | : | |

## ORDER

### HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E.) PROGRAM

The Court imposes the following special condition:

**X** No alcohol while on supervised release.

☐ Return to the U.S. Courthouse on _____ to observe the following proceedings: _____

☐ Provide a written _____ -page explanation for noncompliant behavior, as directed.
☐ Travel restricted as follows: _____
☐ Increased reporting to the probation officer as follows: _____
☐ Increased drug testing as follows: _____
☐ Participation in drug, alcohol, or mental health treatment.
☐ Complete _____ hours community service as directed.
☐ Comply with the following curfew restrictions or home confinement: _____

☐ Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
☐ Serve _____ days in jail, to be released on _____
☐ Termination from the H.O.P.E Program.
☐ Changes in current treatment: _____

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E. Program review date is on **May 15, 2025** at the U.S. Courthouse in the Eastern District of Michigan.

Dated this 17th day of April 2025.

United States District Judge